1  BRUCE R. MUNDY, CA Bar No. 182801
   reno-attorney@sbcglobal.net
2  200 South Virginia Street, Eighth Floor
   Post Office Box 18811
3  Reno, Nevada 89511-0811
   (775) 851-4228
4  FAX 851-4239
   Attorney for RLK, LLC
5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8

9  RLK, LLC, a Nevada limited liability ) Case No.: EDCV 11-00901 VAP (DTBx)
   company,                             )
10                                      )
           Plaintiff,                   )
11 vs.                                  ) **STIPULATION and ORDER for**
                                        ) **DISMISSAL**
12 EMPIRE BUILDING MATERIALS, INC.,     )
   a California corporation, and        )
13 DOES 1 through 10, inclusive,        )
                                        )
14         Defendants,                  )

15     Plaintiff, RLK, LLC, and Defendant, EMPIRE BUILDING MATERIALS, INC., have settled

16 the above-captioned matter, and therefore, stipulate and agree that pursuant to FRCP

17 41(a)(1)(A)(ii) this action be dismissed with prejudice and each party will bear their own fees

18 and costs.

19 Dated: 11/02/2012                    Dated: 11/01/2012

20 _____           _____
   BRUCE R. MUNDY                       NIALL SWEETNAM (w/ym G.S. Yap)
21 CA Bar No. 182801                    OSWALD 7 YAP, LLP
   200 South Virginia Street, 8th Floor CA Bar No. 154871
22 Post Office Box 18811                16148 Sand Canyon Avenue
   Reno, NV 89511-0811                  Irvine, CA 92618
23 Attorney for RLK                     Attorney for Empire Building Materials

24
   **IT IS HEREBY ORDERED** that case no. EDCV 11-00901 VAP (DTBx) is dismissed with
25
   prejudice, with each party to bear their own attorney's fees and costs.
26
   Dated: Nov. 8 2012
27
                                        _____
28                                      UNITED STATES DISTRICT JUDGE

- 1 -