BRUCE R. MUNDY, CA Bar No. 182801
reno-attorney@sbcglobal.net
200 South Virginia Street, Eighth Floor
Post Office Box 18811
Reno, Nevada 89511-0811
(775) 851-4228
FAX 851-4239
Attorney for RLK, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLK, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br> vs. <br><br> EMPIRE BUILDING MATERIALS, INC., a California corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: EDCV 11-00901 VAP (DTBx) <br><br> **STIPULATION and ORDER for DISMISSAL** |

Plaintiff, RLK, LLC, and Defendant, EMPIRE BUILDING MATERIALS, INC., have settled the above-captioned matter, and therefore, stipulate and agree that pursuant to FRCP 41(a)(1)(A)(ii) this action be dismissed with prejudice and each party will bear their own fees and costs.

Dated: 11/02/2012

_____
BRUCE R. MUNDY
CA Bar No. 182801
200 South Virginia Street, 8th Floor
Post Office Box 18811
Reno, NV 89511-0811
Attorney for RLK

Dated: 11/01/2012

_____
NIALL SWEETNAM (a/k/a C.S. Yap)
OSWALD 7 YAP, LLP
CA Bar No. 154871
16148 Sand Canyon Avenue
Irvine, CA 92618
Attorney for Empire Building Materials

**IT IS HEREBY ORDERED** that case no. EDCV 11-00901 VAP (DTBx) is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated: Nov. 8 2012

_____
UNITED STATES DISTRICT JUDGE

- 1 -